# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
October 15, 2013

Lyle W. Cayce
Clerk

No. 12-20634
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE ALBERTO TORRES-MENDEZ, also known as Jose Mendez Torres, also
known as Jose Sausedo, also known as Jose Alberto Torres, also known as Jose
Alberto Morales-Morales, also known as Jose Alberto Torres Mendez, also known
as Jose Morales, also known as Jose Alberto Morales,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CR-210-1

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Jose Alberto Torres-Mendez pleaded guilty to illegal reentry into the
United States and received a sentence of 22 months in prison, which was below
the advisory guidelines range.  Now, he argues that his sentence is unreasonable
because it is greater than necessary to meet the goals of 18 U.S.C. § 3553(a) and
because a shorter sentence would have sufficed to deter him from committing

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

future offenses and to protect the public from him.  "We have no jurisdiction to review [Torres-Mendez's] apparent claim that the court should have departed further."  *See United States v. Hernandez*, 457 F.3d 416, 424 (5th Cir. 2006).

AFFIRMED.